UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** January 27, 2020        **Time:** 23 minutes                **Judge:**  SUSAN ILLSTON

**Case No.**: 15-cr-00096-SI-1     **Case Name:** U.S. v. ATHANASIOS VOULOUKOS (c)(nc)(p)(np)

Attorney for Govt.: Robert S. Leach
Attorney for Defendant: Randy Sue Pollock

**Deputy Clerk:** Teddy Van Ness                **Court Reporter:** Ana Dub
**Interpreter:** n/a                                       **Probation Officer:** n/a

### PROCEEDINGS

1)  Change of Plea - hearing held.

Case continued to **October 30, 2020 @ 11:00 a.m.** for Sentencing.

### SUMMARY

Defendant sworn. Plea agreement executed in open court. The Court accepts guilty plea entered
as to Count 1 of Indictment. Matter is referred to Probation for PSR.